UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY GENE PHILLIPS,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TIM SMALLS, et. al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 20-5047 RJB-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

　　　This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge David W. Christel. Dkt. 61. The Court has considered the Report and Recommendation (Dkt. 61), Defendant Kathy Cavanagh's Response to the Court's Request for Statement of Jurisdiction (Dkt. 62), in which she consented to the Court's jurisdiction over her in this case, and the remaining record.

　　　In this 42 U.S.C. § 1983 case, Plaintiff, a *pro se* prisoner, alleges he was unconstitutionally confined past his release date and asserts that Defendant Phillip Kuhlman, a Community Custody Officer, used excessive force against him. Dkt. 47. The Report and Recommendation recommends granting the Defendants' motion for summary judgment on the

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

Plaintiff's excessive confinement claims and denial of the motion for summary judgment on the excessive force claims. Dkt. 61.

For the reasons provided therein, the Report and Recommendation (Dkt. 61) should be adopted. No objections were filed. The case should be re-referred to U.S. Magistrate Judge David W. Christel for further proceedings.

**IT IS SO ORDERED.**

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 4th day of August, 2021.

ROBERT J. BRYAN
United States District Judge